# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KOSTIKYAN an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK is a business entity; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No.: 2:22-cv-08768-MRW<br><br>Hon. Stephen V. Wilson<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT USAA FEDERAL SAVINGS BANK |

    Plaintiff John Kostikyan and Defendant USAA FEDERAL SAVINGS BANK have announced to the Court that all matters in controversy between them have been resolved.

    A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1    IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff John Kostikyan against Defendant USAA FEDERAL SAVINGS BANK
3  are in all respects dismissed with prejudice.
4
5  DATED this __28th__ day of August 2023
6
7
8                                          _____
9                                          STEPHEN V. WILSON
10                                         UNITED STATES DISTRICT JUDGE